UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk

In re

KEVIN STAFFORD FLEET, JR.　　　　　　　　　　Case No. 13-71303

　　　　　　　　　　　　　　　　　　　　　　　Chapter 7

　　Debtors

### REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. §347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Kevin Stafford Fleet Jr.<br>2100 Tennyson Ct.<br>Virginia Beach, VA  23454-6663 | $9,617.10 |

Dated: July 28, 2021

/s/ Tom C. Smith, Trustee
Tom C. Smith, Trustee, Trustee
P.O. Box 1506
Virginia Beach, VA  23454
(757) 428-3481

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Report of Deposit of Unclaimed Funds was electronically served or mailed to Office of the U.S. Trustee, on

__JULY 28_____, 2021.

/s/ Tom C. Smith, Trustee
Tom C. Smith, Trustee, Trustee